*In re* **CONNELLY**, Paul George (MR 21017)
Schaumburg, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Paul George Con-

nelly is suspended from the practice of law for two years and until further order of the Court.